[No. 11392-9-II. Division Two. February 27, 1989.]

HERITAGE FEDERAL SAVINGS AND LOAN ASSOCIATION, *Respondent,* v. MOBIL OIL CORPORATION, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce

County, No. 87–2–02878–5, Thomas R. Sauriol, J., entered September 14, 1987. *Reversed* by unpublished opinion per Worswick, J., concurred in by Petrich, A.C.J., and Reed, J.